S. LANE TUCKER
United States Attorney

KAREN VANDERGAW
Assistant U.S. Attorney
U.S. Attorney's Office
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: Karen.Vandergaw@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHIRLEY JEAN CHO, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) <br> ) | Case No. 3:24-cv-00152-SLG |

**SUBSTITUTION OF COUNSEL
AND DISCONTINUATION OF SERVICE**

Please take notice that Dustin M. Glazier is no longer a co-counsel of record for

Defendant United States of America in the above-entitled matter and requests

discontinuation of electronic service. Copies of all pleadings should now be directed to

Assistant U.S. Attorney, Karen Vandergaw.

KAREN VANDERGAW
Assistant U.S. Attorneys
U.S. Attorney's Office
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: Karen.Vandergaw@usdoj.gov

RESPECTFULLY SUBMITTED this August 9, 2024, in Anchorage, Alaska.

S. LANE TUCKER
United States Attorney

/s/ Karen Vandergaw
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**
I hereby certify that on August 9, 2024,
a true and correct copy of the foregoing
was served electronically on the following:

Shirley Jean Cho
3901 W. 86th Avenue
Anchorage, AK 99502
*Pro se plaintiff*

/s/ Karen Vandergaw
Office of the U.S. Attorney